IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-429-RJC-DCK

| | |
|---|---|
| KIM NAROG and JOHN DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, BANK OF AMERICA ) | |
| HOME LOAN SERVICING LP, ) | |
| LASALLE BANK NATIONAL ) | |
| ASSOCIATION, CHICAGO TITLE ) | |
| INSURANCE COMPANY, DAVID T. ) | |
| SIMPSON TRUSTEE, MIDLAND ) | |
| LOAN SERVICE INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendant Chicago Title Insurance Company's "Rule 12(b)(6) Motion To Dismiss" (Document No. 8) on November 1, 2011.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff may respond to the pending "Rule 12(b)(6) Motion To Dismiss" (Document No. 8) on or before **November 18, 2011**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

The Clerk of Court is directed to send a copy of this Order to the *pro se* Plaintiff by certified U.S. mail.

Signed: November 2, 2011

_____
David C. Keesler
United States Magistrate Judge