# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-429-RJC-DCK

| | |
|---|---|
| KIM NAROG and JOHN DOE, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, BANK OF AMERICA HOME LOAN SERVICING LP, LASALLE BANK NATIONAL ASSOCIATION, CHICAGO TITLE INSURANCE COMPANY, DAVID T. SIMPSON TRUSTEE, MIDLAND LOAN SERVICE INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and LaSalle Bank N.A.'s "Motion To Strike And Motion To Dismiss" (Document No. 12) on November 2, 2011.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

The undersigned further notes that the Court has already issued one "Roseboro Notice" to Plaintiff regarding Defendant Chicago Title Insurance Company's "Rule 12(b)(6) Motion To Dismiss" (Document No. 8). Plaintiff has failed to file a response to that motion and the time to do so has lapsed.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file responses to Defendants' pending

"Motion To Strike And Motion To Dismiss" (Document No. 12) and "Rule 12(b)(6) Motion To Dismiss" (Document No. 8) on or before **December 12, 2011**. Failure to file timely and persuasive responses will likely lead the pending motions being granted, and may lead the complete dismissal of this lawsuit.

The Clerk of Court is directed to send a copy of this Order to the *pro se* Plaintiff by certified U.S. mail.

Signed: December 1, 2011

David C. Keesler
United States Magistrate Judge